UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00098-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. PLACIDO FABIAN-GOMEZ, a/k/a Fabian Placido-Gomez, a/k/a Placido Fabian,

   Defendant.

**ORDER**

This matter is before the Court upon a review of the file. The parties contacted my chambers on March 2, 2010 in order to set a trial date in the above-captioned case. Accordingly, it is

ORDERED that a 3-day jury trial is set for **Monday, May 3, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: March 2, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge