UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00098-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PLACIDO FABIAN-GOMEZ, a/k/a Fabian Placido-Gomez, a/k/a Placido Fabian,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The change of plea hearing set for May 20, 2010 at 10:00 a.m. **is VACATED and RESET to May 20, 2010 at 11:00 a.m.**

    Dated: May 7, 2010