UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00098-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PLACIDO FABIAN-GOMEZ, a/k/a Fabian Placido-Gomez, a/k/a Placido Fabian,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the unavailability of the Probation Department, the sentencing hearing set for Monday, August 30, 2010, at 11:00 a.m. is **VACATED and RESET to Thursday, September 30, 2010 at 10:30 a.m.**

    Dated: July 21, 2010.